BALATGEK, APPELLANT, *v.* STATE FARM INSURANCE COMPANY, APPELLEE.

[Cite as *Balatgek v. State Farm Ins. Co.* (1998), 82 Ohio St.3d 384.]

(No. 97–1516—Submitted June 24, 1998—Decided July 22, 1998.)

*Michael T. Irwin,* for appellant.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.* and *James R. Gallagher,* for appellee.

---

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

**COOK, J., dissenting.** For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.